DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HUGO SALVADOR PADILLA-GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-398 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| ) | |
| HUGO SALVADOR PADILLA-GOMEZ, ) | Date: December 15, 2006 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Garland E. Burrell, Jr. |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties, Michael Beckwith, Assistant United States Attorney, attorney for plaintiff, and Mary M. French (for Matthew C. Bockmon), Supervising Assistant Federal Defender, attorney for defendant, that the Trial Confirmation Hearing set for November 17, 2006, be vacated and that a Status Conference hearing date of December 15, 2006 at 9:00 a.m. be set.  It is also stipulated between the parties that the jury trial date of December 12, 2006, be vacated.

   This continuance is being requested due to the need for on-going defense investigation and preparation and to give defense counsel more

time to review discovery produced to date and the Pre-Plea Presentence Report with defendant.

IT IS FURTHER STIPULATED that the period from November 17, 2006 through and including December 15, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: November 15, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
(for Matthew C. Bockmon)
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
HUGO SALVADOR PADILLA-GOMEZ

Dated: November 15, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Mary M. French
(for Matthew C. Bockmon)
_____
MICHAEL BECKWITH
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  November 16, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                                    2